

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Director of Industry Operations*

*July 10th, 2023*

www.atf.gov

EXPLANATION LETTER RE: NOTICE OF DENIAL OF RENEWAL APPLICATION

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

Kiloton Tactical LLC
3274 County Hwy 181 W
Defuniak Springs, Florida 32433

**RE: In the Matter of the Notice to Deny Renewal Application filed by Kiloton Tactical LLC FFL # 1-59-131-07-3G-50159**

Licensee,

Based on the results of your compliance inspection that was conducted at your business premises form May 24, 2022 through June 9, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is contemplating denying your renewal application filed on April 26, 2023 for your Federal firearms license and has decided to initiate the denial/revocation process. Please see enclosed, Notice to Deny Application for License ATF E-Form 5300.43(4498) issued to Kiloton Tactical LLC Federal firearms number 1-59-131-07-3G-50159, located at 43274 County Hwy 181 W, Defuniak Springs, Florida 32433.

This letter explains the Notice and Hearing process.

<u>Your Response to the Notice</u>

As indicated on the Notice, you may request a hearing within 15 days of receipt of Notice to Notice to Deny Application for License ATF E-Form 5300.43(4498) that is enclosed, to contest the revocation by submitting a written request to me at:

Aaron R. Gerber
Director of Industry Operations
Tampa Field Division, ATF
400 N Tampa Street, Suite 2100
Tampa, Florida 33602

In the Matter of the Notice to Deny Renewal Application filed by Kiloton Tactical LLC, Federal Firearms Number 1-59-131-07-3G-50159

**If you do not request a hearing within 15 days, and/or the request is not received within 15 days, the revocation of your license will become final.** If you submit a letter requesting a hearing, ATF will make appropriate arrangements. ATF regularly conducts hearings in-person. However, due to the COVID-19 pandemic, hearings may also be held virtually, either by videoconference, audio-conference, or by written submission. Please let me know immediately if you will be represented at the hearing so that we can expeditiously schedule the hearing at a time mutually convenient to all parties involved, including your representative.[1] Once the date, time and place are set, ATF will notify you via certified mail. Under limited circumstances, the DIO may reschedule the hearing for good cause.

Prior to the hearing date, you may request a meeting with the DIO to address the violations cited in the Notices. While ATF is not obligated to grant such requests, if it does, at or before the meeting, you may submit mitigating facts, arguments, and proposals for settlement for review and consideration. You may also submit offers of potential resolution to the DIO after the hearing, however, the DIO will not entertain settlement offers at the hearing itself.

## What to Expect at the Hearing

Under no circumstances may you, your representative, your witnesses, or anyone else, bring firearms or any other weapons to an in-person hearing. The hearing will not begin, or will cease, if it is determined that this policy has been violated. Moreover, the possession of firearms or weapons in a Federal facility is a violation of 18 U.S.C. § 930.

The hearing itself is informal in nature and does not require adherence to civil court rules and formal courtroom procedures. An ATF-hired stenographer will be present to transcribe the hearing; however, there is no sworn testimony.[2] The resulting transcript, along with the exhibits presented at the hearing, constitute the official record of the hearing. You may order a copy of the transcript at your own expense. ATF does not make a video recording of the hearing proceedings. You may not do so either.

The DIO will preside over the hearing and ensure that it occurs in an orderly and professional manner. The primary purpose of the hearing is to give the DIO the opportunity to hear your explanation/argument in response to the proposed licensing action.

During the hearing, ATF, through an attorney, will enter in the official record all evidence establishing the violations cited in the enclosed Notices. The ATF attorney will generally ask the ATF investigator(s) who conducted the inspection, or other ATF

---

[1] *See* 27 C.F.R. § 478.76 for information regarding who may represent you at the hearing.

[2] False statement made during the hearing are subject to the penalties prescribed under 18 U.S.C. § 1001.

In the Matter of the Notice to Deny Renewal Application filed by Kiloton Tactical LLC, Federal Firearms Number 1-59-131-07-3G-50159

---

employees or witnesses who have relevant information concerning your case, to describe their findings. At the conclusion of the government's presentation, you will have the opportunity to respond. You are encouraged to state your case as clearly and factually as possible. Be willing and prepared to address each violation described in the Notice. You may also present relevant evidence, such as documents, pictures, or witness testimony that tends to show that the violations listed in the Notices did not occur in the manner described.

You will have the opportunity to ask questions about any of the evidence that ATF puts on the record, and to question any ATF witnesses about their findings. Similarly, ATF will have the opportunity to ask questions about your evidence, and of your witnesses. When the DIO is satisfied that all evidence and arguments have been fully presented, the DIO will conclude the hearing.

### After the Hearing

If after review of the entire record, the DIO concludes that you committed one or more willful violations, the DIO may issue a Final Notice of Denial of Renewal Application for Federal Firearms License 1-59-131-07-3G-50159, which will be sent to you via certified mail. Similarly, you will be notified if the DIO decides that your FFL should not be revoked. If you are not satisfied with the final decision, you may appeal the decision to federal district court within 60 days. The record of the hearing (including all presented evidence) may become part of the official court record.

Sincerely yours,

Digitally signed by
AARON GERBER
Date: 2023.07.10
15:23:46 -04'00'

Aaron R. Gerber
Director of Industry Operations

Enclosures