IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| KILOTON TACTICAL, LLC, ERIC HANLEY, and FIREARMS FOR LIBERTY ("FFL") COALITION, | ) ) ) ) |
| Plaintiffs, | ) Case No. _____ ) ) |
| v. | ) ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN M. DETTELBACH in his official capacity as THE DIRECTOR OF ATF, and AARON R. GERBER, in his official capacity as THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE TAMPA FIELD DIVISION OF THE ATF, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF ERIC BLANDFORD

1. My name is Eric Blandford. I am an adult, a U.S. citizen, and a resident of Georgia.

2. I make this declaration in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained therein.

3. I am not an owner of, nor do I have any financial interest in, Kiloton Tactical. I am not a family member of the owner of Kiloton Tactical.

4. I am a founding member of the Firearms for Liberty Coalition ("FFL Coalition"). The FFL Coalition was formed with the purpose to defend the Second Amendment rights of gun

1

Exhibit 16

dealers to sell firearms, ammunition, and accessories, as well the rights of the FFLs' customers to buy those products and thus acquire constitutionally protected "arms." Specifically, the members of the FFL Coalition desire to challenge the "zero tolerance" agenda promulgated and implemented by the ATF to put increasing numbers of gun stores out of business.

5. The FFL Coalition is growing, and currently its members consist of dozens of FFLs across the United States, including but not limited to within this district, state, and in each state within this circuit.

6. Additionally, the FFL Coalition represents FFLs in all stages of the ATF licensure matters including all aspects of the license revocation process.

7. Litigation of the claims raised in the Complaint does not require participation of each of the FFL Coalition's individual members and supporters, and the FFL Coalition is capable of fully and faithfully representing the interests of its members and supporters without participation by each of these individuals and entities. Protection of these rights and interests is germane to the FFL Coalition's mission.

8. By virtue of our members being licensed firearms dealers, each is subject to the same "zero tolerance" policy challenged herein. Indeed, some of our members already have had ATF's zero tolerance policy applied against them.

9. As licensed dealers, some of our members are licensed firearms manufacturers and/or rely on the services of other licensed firearms manufacturers. These manufacturers are subject to the "zero tolerance" policy challenged herein.

10. As dealers, our members thus face ongoing and irreparable harm, not only by the ATF's actions which are arbitrary and capricious, contrary to constitutional right, and not authorized by law, but also by having their Second Amendment rights and the rights of their customers violated.

11. Each of our members risks having their businesses shut down by ATF, after a warrantless administrative compliance inspection, pursuant to the new "zero tolerance" policy, which elevates minor paperwork and recordkeeping mistakes to the level of a revocable offense, on the assumption that every violation is a willful one, even when our members are not willfully making those mistakes and are making their best efforts to comply with the vast and onerous recordkeeping requirements imposed by law, regulation, and by policy changes from the administration and ATF.  Importantly, these changes were not imposed by, nor are they consistent with, the statutes enacted by Congress.

12. The Administration's and ATF policies, which have been adopted within the ATF, are not authorized by Congress.  Specifically, federal law requires evidence that a licensee has *willfully* violated the law, and yet ATF's policies read willfulness out of the statute, massively eroding the Congressional mandate by imputing and/or inferring willfulness in instances involving single violations and, in some instances, mere human errors.

13. The ATF zero tolerance policy challenged here is destroying the ability of our members to make a living, and for our members' customers to exercise their Second Amendment rights to acquire, use, and maintain firearms and ammunition.  Further, to the extent that the zero tolerance policy and related adverse action policies are having a direct impact on the ability of our members to engage in the manufacture and/or sale of firearms, those activities regularly existed and were unregulated under the nation's historical tradition as of 1791.

14. As stated, some of our members are currently undergoing the revocation process.  All others live under constant threat of ATF's "zero tolerance" policy being applied against them.  Each faces a real and credible threat of prosecution, as ATF has publicly announced its intent to revoke the licenses of FFLs who commit unintentional paperwork and technical errors.  Moreover, ATF has the statutory right to warrantlessly visit and inspect our members' records

without cause and thus it is inevitable that most or all of our members will face inspections where minor administrative errors can lead to revocation of their licenses or other adverse actions.

15. The FFL Coalition exists to protect the rights and liberties of law-abiding citizens, to protect the Second Amendment supply chain, and to preserve this country's rich heritage of firearms manufacturing, sale, ownership, and use.

16. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2023

ERIC BLANDFORD