IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

KILOTON TACTICAL, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

No. 3:23-cv-23985-MCR-ZCB

## NOTICE OF ADMINISTRATIVE DECISION

Defendants hereby notify the Court of further developments regarding the administrative proceedings relevant to this action.

On November 8, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") conducted an administrative hearing regarding the renewal of Plaintiff Kiloton Tactical's federal firearms license. After review of the evidence introduced at the hearing, on November 28, 2023 the Director of Industry Operations for the Tampa Field Division determined not to issue a final notice of denial to Kiloton, and this decision is attached hereto. ATF sent Kiloton a written notification of this decision on November 29. In addition, Kiloton's license was renewed and is active until July 1, 2026.

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>/s/ Michael Drezner<br>MICHAEL DREZNER (VA Bar No. 83836)<br>TAYLOR PITZ (CA Bar No. 332080)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 514-4505<br>Email: Michael.L.Drezner@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF WORD LIMIT

I certify that this filing includes 108 words as calculated by Microsoft Word.

## CERTIFICATE OF SERVICE

On November 30, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice