

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Tampa Field Division*

400 North Tampa Street, Suite 2100
Tampa, Florida 33602
www.atf.gov

11.28.2023

770500: ARG
5300

Kiloton Tactical LLC
3274 County Hwy 181 W
Defuniak Springs, Florida 32433

RE: FFL # 1-59-131-07-3G-50159

Mr. Kevin Smith,

On July 10th, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") issued a Notice to Deny Application for License to Kiloton Tactical, LLC, (the licensee) for the licensee's renewal application, timely received by ATF from the licensee, on 04.26.2023.  The Notice alleged that the licensee willfully failed to conduct new background checks on expired backgrounds on five (5) occasions in violation of 27 CFR § 478.102(c), failed to report transfers of two or more pistols or revolvers on a Report of Multiple Sale or Other Disposition of Pistols or Revolvers (ATF E-Form 3310.4) on five (5) occasions in violation of 27 CFR § 478.126a, failed to follow Florida's mandatory three (3) day waiting period on thirteen (13) occasions in violation of 18 U.S.C. § 922(b)(2), and falsified one (1) required record in violation of 27 CFR § 478.128(c).  On November 8th, 2023, ATF conducted a hearing on this matter in accordance with the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44.  After review of the evidence introduced at the hearing, I have determined not to issue a Final Notice of Denial in this matter.

The violations for which the licensee was cited could adversely impact law enforcement's ability to reduce violent crime and protect the public.  You are reminded that future violations, repeat or otherwise, could be viewed as willful and may result in the revocation of your license.  You may anticipate further inspections to ensure your compliance.

*Kiloton Tactical, LLC*

Please contact the ATF Tampa Field Division at 813-202-7300 if you have any questions concerning your responsibilities as a licensee or if you require further clarification about the Federal firearms laws and regulations.

                                       Sincerely,

                                       Aaron R. Gerber
                                 Director, Industry Operations
                                   ATF Tampa Field Division