UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KILOTON TACTICAL, LLC, et al.,**

    **Plaintiffs,**

v.                                                      **CASE NO. 3:23cv23985-MCR-ZCB**

**BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES, et al.,**

    **Defendants.**
_____/

# ORDER

Brady Center to Prevent Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives Foundation, and Giffords Law Center to Prevent Gun Violence (collectively, "Amici") has filed a consented Motion for Leave to File Amici Curiae Brief. ECF No. 30. A district court has "broad discretion and the inherent authority to allow amici to participate[.]" *Fla. by and through McCollum v. U.S. Dep't of Health and Human Servs.*, No. 3:10-cv-91-RV/EMT, 2010 WL 11570635 at *1 (N.D. Fla. June 14, 2010); *see also City of S. Miami v. DeSantis*, No. 19-cv-22927-BLOOM/Louis, 2019 WL 9514566, at *1 (S.D. Fla. Dec. 10, 2019) (stating that "[i]nasmuch as an amicus is not a party and does not represent the parties but participates only for the benefit of the court, it is solely within the discretion of

the court to determine the fact, extent, and manner of participation by the amicus" (quoting *News & Sun-Sentinel Co. v. Cox*, 700 F. Supp. 30, 31 (S.D. Fla. 1988))). The Court agrees that Amici's briefing will be helpful because this "case is about federal firearms laws and regulation and their enforcement, which is at the very center of Amici's core missions and their expertise." ECF No. 30 at 3.

Accordingly, the Motion for Leave to File Amici Curiae Brief, ECF No. 30, is **GRANTED**. The Amici should separately file the brief attached to their motion no later than December 15, 2023.

**DONE and ORDERED** on this 9th day of December 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**