IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KILOTON TACTICAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:23-cv-23985-MCR-ZCB |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants respectfully move for a 30-day extension of time to answer or otherwise respond to Plaintiffs' Complaint, until April 4, 2024. In support of this Motion, Defendants state the following:

1. The Court recently denied Plaintiffs' Motion for a Preliminary Injunction on February 13, 2024. ECF No. 38. The Court's Order directed Defendants to respond to Plaintiffs' Complaint within 21 days, by March 5, 2024. *Id.* at 8.

2. Counsel for Defendants requires additional time to respond to Plaintiffs' Complaint in light of changes in case staffing as well as unanticipated deadlines in other matters. Additionally, Defendants require additional time to respond, as Plaintiffs' Complaint and supporting exhibits total over 250 pages.

3. Defendants have conferred with Plaintiffs, and Plaintiffs consent to this

1

request.

4. Defendants therefore request that their response to the Complaint be due April 4, 2024.

Dated: February 29, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF WORD LIMIT

I certify that this motion includes 139 words as calculated by Microsoft Word.

## CERTIFICATE OF ATTORNEY CONFERENCE

I certify that counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in this Motion pursuant to Local Rule 7.1(C). Counsel for Plaintiffs stated that they consent to the relief requested in this Motion.

## CERTIFICATE OF SERVICE

On February 29, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice