UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KILOTON TACTICAL, et al.,
    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,
    Defendants.

CASE NO. 3:23-cv-23985-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 20, 2024

Motion/Pleadings: MOTION TO STAY INITIAL SCHEDULING ORDER DEADLINES

Filed by Defendants on August 19, 2024 Doc. # 56

|     | Stipulated |     | Joint Pleading |
| --- | --- | --- | --- |
|  X  | Unopposed |     | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:  Patricia G. Romero

    The Court finds, and the parties agree, that the interests of efficiency and judicial economy are best served by staying this matter, including all discovery and proceedings, for the reasons set forth in the Defendants' Motion. This case is therefore **STAYED** pending resolution of Defendants' Motion to Dismiss (ECF No. 43).

    **DONE** and **ORDERED** this 26th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**