IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

KILOTON TACTICAL, *et al.*,

    *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

No. 3:23-cv-23985-MCR-ZCB

## **DEFENDANTS' CONSENT MOTION FOR STAY**

Defendants respectfully request that the Court stay this case, including staying all deadlines regarding supplemental briefing on pending motions, *see* ECF No. 64. Defendants have conferred with Plaintiffs, Plaintiffs consent to the stay Defendants have proposed, and Plaintiffs have provided a separate statement included below.

In this case, Plaintiffs challenge the lawfulness of the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF's") enhanced regulatory enforcement policy (or "zero-tolerance policy") as set forth in ATF's administrative action policy ("AAP"). Following a change in administration, on February 7, 2025, President Trump issued an Executive Order titled *Protecting Second Amendment Rights*. *See* President Donald J. Trump, *Presidential Actions: Protecting Second Amendment Rights* (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-

1

amendment-rights/. Among other things, the Order directs the Attorney General to "examine" various "actions of executive departments and agencies" to "assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, though the Domestic Policy Advisor, to protect the Second Amendment rights of all Americans." *Id.* § 2(a). The Order also specifically directs the Attorney General to "review" "[a]gencies' plans, orders, and actions regarding the so-called 'enhanced regulatory enforcement policy' pertaining to firearms and/or Federal firearms licensees." *Id.* at § 2(b)(iii).

In light of this development, Defendants respectfully request that the Court stay this case, including staying all deadlines regarding supplemental briefing on pending motions, to permit the Attorney General to conduct her review. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). A stay will conserve party and judicial resources and promote the efficient and orderly disposition of this case, including by ensuring that litigation is focused on enduring agency action and informed by the views of current agency leadership. The government respectfully proposes to update the Court with status reports every 60 days.

For the foregoing reasons, the Court should grant this Motion, stay this case, and direct the Defendants to file a status report within 60 days.

Plaintiffs' Separate Statement:

Plaintiffs consent to a stay of this case, and write separately to notify the Court that the matter is not moot. First, at "SHOT Show" in Las Vegas on January 21-24, 2025, ATF personnel publicly and repeatedly took the position that "nothing has changed" (a direct quote) with respect to ATF's "zero tolerance" policy. Second, although notifying this Court that ATF's Order 5370.1 has (again) been revised to version G (ECF #63-1), DOJ has not claimed that Plaintiff's case is moot. Third, although the newest iteration of Order 5370.1 contains some rearrangements, and somewhat different verbiage, the essence of the "zero tolerance" policy remains. Plaintiffs are happy to more fully brief the specifics at a later date, should that be necessary. But to the extent that this Court grants Defendants' motion and stays the matter, the Court will not be staying a moot case. Plaintiffs would also request that if the Court were inclined to grant Defendants' motion, that it does so prior to the due date of Plaintiffs' Response to the Court's Order, ECF No. 64, currently calendared for February 25, 2025.

Dated: February 20, 2025            Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Principal Deputy Assistant Attorney General

                                              ANDREW WARDEN
                                              Assistant Branch Director

                                              */s/ Taylor Pitz*
                                              TAYLOR PITZ
                                              (CA Bar No. 332080)

ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

4

## **CERTIFICATE OF SERVICE**

On February 20, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>*/s/ Taylor Pitz*
>TAYLOR PITZ
>Trial Attorney
>U.S. Department of Justice