IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

KILOTON TACTICAL, *et al.*,

    *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

No. 3:23-cv-23985-MCR-ZCB

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's February 21, 2025 Order, ECF No. 67, Defendants hereby provide the following status report.

The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has announced publicly that the challenged Enhanced Regulatory Enforcement Policy or "Zero Tolerance Policy" has been repealed. *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, *DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules* (Apr. 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules. ATF has also issued a new Federal Firearms Administrative Action Policy and Procedures Order. *See* ATF, ATF-O-5370.1H, https://www.atf.gov/firearms/docs/report/atfo53701hfederalfirearmsadministrativeactionpolicyapril2025pdf/download.

The parties are conferring regarding the effect of this announcement on the present litigation. Defendants propose that the case remain stayed and that Defendants submit another status report in sixty (60) days.

Dated: June 27, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ
(CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

On June 27, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice