IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| KILOTON TACTICAL, LLC, ERIC HANLEY, and FIREARMS FOR LIBERTY ("FFL") COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN M. DETTELBACH in his official capacity as THE DIRECTOR OF ATF, and AARON R. GERBER, in his official capacity as THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE TAMPA FIELD DIVISION OF THE ATF,<br><br>Defendants. | Case No. 3:23-cv-23985-MCR-ZCB |

## JOINT STATUS REPORT

Pursuant to the Court's February 21, 2025 Order, ECF No. 67, the parties hereby provide the following status report.

The parties have been unable to resolve this litigation without further Court involvement. As such, the parties request that the Court lift the stay. Defendants intend to file a second Motion to Dismiss, arguing that this case is moot in light of

ATF's rescission of the "zero tolerance" policy and the issuance of a new enforcement policy. Plaintiffs intend to oppose. Defendants propose that they file their Motion to Dismiss within thirty (30) days after entry of an Order lifting the stay. Plaintiffs will then file their opposition within the timeframe established by Local Rule 7.1(E).

Respectfully submitted,

Dated: August 22, 2025

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us


John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com

James D. Phillips (FL # 22846)
Katz & Phillips, P.A.
144 W. Crystal Lake Ave. Ste. 1000
Lake Mary, FL  32746
jphillips@thefirearmfirm.com

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
ZACHARY W. SHERWOOD
IN Bar No. 37147-49
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that on August 22, 2025, I have caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which generated a Notice of Electronic Filing and delivered a true and correct copy of the foregoing to all counsel of record.

*By: Stephen D. Stamboulieh*
Stephen D. Stamboulieh
