IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| KILOTON TACTICAL, LLC, ERIC HANLEY, and FIREARMS FOR LIBERTY ("FFL") COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN M. DETTELBACH in his official capacity as THE DIRECTOR OF ATF, and AARON R. GERBER, in his official capacity as THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE TAMPA FIELD DIVISION OFTHE ATF,<br><br>Defendants. | Case No. 3:23-cv-23985-MCR-ZCB |

## **STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kiloton Tactical, LLC, Eric Hanley, and Firearm For Liberty Coalition and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, Steven M. Dettelbach, and Aaron R. Gerber, by and through their undersigned counsel, respectfully file this Stipulation of Dismissal. Each side to bear its own fees and costs.

Respectfully submitted,

1

Dated: December 12, 2025

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us
*Admitted Pro Hac Vice*

James D. Phillips (FL # 22846)
Katz & Phillips, P.A.
144 W. Crystal Lake Ave. Ste. 1000
Lake Mary, FL  32746
jphillips@thefirearmfirm.com

John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com
*Admitted Pro Hac Vice*

Counsel for Plaintiffs


BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ
(CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice

2

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, hereby certify that on December 12, 2025, I have caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which generated a Notice of Electronic Filing and delivered a true and correct copy of the foregoing to all counsel of record.

*By: Stephen D. Stamboulieh*
Stephen D. Stamboulieh

3